

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2019

No. 04-18-00575-CV

Charles Victor **WILLIAMS**,
Appellant

v.

Scott **STILES**, et al.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-06819
Honorable Norma Gonzales, Judge Presiding

# O R D E R

By prior orders, we struck both appellant's original brief and his amended brief from our record because the briefs failed to comply with the Texas Rules of Appellate Procedure. On July 12, 2019, appellant filed a second amended brief, which we accepted as filed. On September 16, 2019, appellees filed their brief in response to appellant's second amended brief, and appellant filed a third amended brief. Because we have already accepted appellant's second amended brief and because appellant has not provided sufficient justification for us to accept his third amended brief, it is ORDERED that appellant's third amended brief filed on September 16, 2019, is STRICKEN from our record.

In addition, on September 13, 2019, appellant filed a motion for extension. The motion violates rule 9.9 of the Texas Rules of Appellate Procedure in that it contains the name of a person who was a minor when the underlying suit was filed. *See* TEX. R. APP. P. 9.9(a)(3). It is therefore ORDERED that the motion filed by the appellant on September 13, 2019, is STRICKEN from our record.

**PER CURIAM**

It is so **ORDERED** on September 30, 2019.

ATTESTED TO: _____
Luz Estrada
Chief Deputy Clerk